# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3356

_____

United States of America,

*Plaintiff - Appellee,*

v.

Kevin Kunlay Williams,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 20, 2018
Filed: August 15, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kevin Kunlay Williams directly appeals the sentence imposed by the district court[1] after he pleaded guilty to fraud and immigration offenses. His counsel has

_____

[1]The Honorable Rodney W. Sippel, Chief Judge, United States District Judge for the Eastern District of Missouri.

moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing the sentence is substantively unreasonable. Williams has moved to proceed pro se.

After careful review, we conclude that the district court did not impose an unreasonable sentence. The sentence was below the advisory Guideline range. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Torres-Ojeda*, 829 F.3d 1027, 1030 (8th Cir. 2016).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion, deny Williams's pro se motion, and affirm.

_____